1004

*In the Matter of the Marriage of* ELLEN L. HEGGEN–
BERGER, *Respondent, and* TERRANCE E. HEGGEN–
BERGER, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 18775, Sidney R. Buckley, J., entered November 18, 1981. *Reversed* by unpublished opinion per Green, J., concurred in by Roe, C.J., and McInturff, J.

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
A. KEYS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81–1–00803–3, Walter A. Stauffacher, J., entered April 16, 1982. *Affirmed* by unpublished opinion per Roe, C.J., concurred in by Green and Munson, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. ERVY
SALAZAR, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 82–1–00286–6, Blaine Hopp, Jr., J., entered June 23, 1982. Motion to modify commissioner's dismissal of appeal *denied* by unpublished per curiam opinion.